RICHARD E. ZUCKERMAN
Principle Deputy Assistant Attorney General

HARRIS J. PHILLIPS (MA Bar No. 675603)
Harris.J.Phillips@usdoj.gov
Phone: (202) 616-1906
GREGORY L. MOKODEAN (OH Bar No. 0086880)
Gregory.L.Mokodean@usdoj.gov
Phone: (202) 307-6554
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, DC 20044
Fax: (202) 514-6770

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JEREMY L. BURKHARDT (Cal. Bar No. 321744)
Assistant United States Attorney
    Federal Building, Room 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5810
    Facsimile: (213) 894-0115
    E-mail: Jeremy.Burkhardt@usdoj.gov

Attorneys for the United States of America

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DALTON WEST COAST, INC.,<br><br>    Defendant. | Case No. 8:20-cv-02001-JVS-KES<br><br>Judgment Against Dalton West Coast, Inc. |

Plaintiff United States of Motion for Default Judgment against Dalton West Coast, Inc. came before the Court on January 25, 2021, the Honorable James V. Selna, United States District Judge, presiding.

After carefully reviewing all matters properly part of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Judgment is entered in favor of the United States and against Defendant Dalton West Coast, Inc. on Count I of the Complaint regarding federal income tax, penalty, and interest assessments made against Dalton West Coast, Inc. for tax year 2006, in the total amount of $26,246,267.94, plus further and other statutory additions that have accrued and will continue to accrue according to law from November 18, 2020.

Dated: January 28, 2021

_____
Honorable James V. Selna
United States District Judge